IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION AT DAYTON

| | |
|---|---|
| MICHAEL SPEARS, et al | Case Number: 3:13-cv-00373-TMR |
| Plaintiff(s) | District Judge THOMAS M. ROSE |
| vs. | |
| HITACHI KOKI U.S.A., Ltd. | **ENTRY OF DISMISSAL** |
| Defendant(s) | |

This matter having come before the Court pursuant to the Notice of Settlement heretofore filed, the Court finds that counsel for Plaintiff and counsel for Defendant have negotiated the issues raised in the pleadings filed herein, and this case should now be dismissed with prejudice.

IT IS THEREFORE ORDERED, that this case be and the same hereby is dismissed with prejudice and that all costs incurred shall be taken from the deposit heretofore made by Plaintiff, and any additional costs shall be taxed to Plaintiff.

_____
Judge Thomas M. Rose

APPROVED BY:

_s/ Barry S. Galen_
Barry S. Galen (#0045540)
Attorney for Plaintiff

_s/ Paul J. Schumacher_
Paul J. Schumacher (#0014370)
Attorney for Defendant